**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

Eastern District of Kentucky
FILED

AUG 06 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                         **INDICTMENT NO.** $26$-$38$-$DB$-$EBA$
                                                                       **18 U.S.C. § 751(a)**

**GEORGE WILLIS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about July 6, 2026, in Boyd County, in the Eastern District of Kentucky,

**GEORGE WILLIS**

did knowingly escape from custody at the Federal Correctional Institution in Ashland,

Kentucky, an institutional facility in which he was lawfully confined at the direction of the

Attorney General by virtue of a judgment and commitment of the United States District

Court for the Southern District of Ohio upon conviction for the commission of possession

with intent to distribute controlled substances and possession of firearm by a felon in

violation of 21 U.S.C. § 841 and 18 U.S.C. § 922(g)(1), all in violation of 18 U.S.C. §

751(a).

**A TRUE BILL**

█████████████████████

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**EMILY K. GREENFIELD**
**ASSISTANT UNITED STATES ATTORNEY**

## **PENALTIES**

Not more than 5 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**         Mandatory special assessment of $100.